USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 -1- 13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEW AMSTERDAM CAPITAL PARTNERS, LLC,

                      **Plaintiff,**

          - against -

MICHAEL M. WILSON, et al.,

                    **Defendants.**

**MEMORANDUM**
**OPINION & ORDER**

**11 Civ. 9716 (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

      Plaintiff New Amsterdam Capital Partners, LLC ("New Amsterdam") brings this action

against Defendant Michael Wilson, Michael M. Wilson, M.D., J.D. & Associates ("Wilson") for

breach of contract, fraud, conversion, and specific performance.  Wilson removed the action

from state court pursuant to 28 U.S.C. §§ 1332, 1441, 1446.  The Parties have consented to this

Court's jurisdiction pursuant to 28 U.S.C. § 636(c).  Before the Court is a discovery dispute

between the Parties where Wilson is requesting identification information of New Amsterdam's

investors.

      The Court ordered New Amsterdam to produce relevant conversations that took place

between New Amsterdam and its investors.  In its production, New Amsterdam redacted the

identities of its investors.  Wilson objected to the redactions.  During a recent telephone

conference, Wilson was directed to explain the relevance of the investor's identification

information.  By letter dated April 18, 2013, Wilson argued that his usury defense entitled him to

discovery from the investors in order to ascertain "the level of risk that they understood

themselves to be taking when financing Mr. Wilson's litigation."  Wilson April 18, 2013 Let. to

the Court.  This response fails to address why the unredacted conversations are insufficient on

the issue of the investor's understanding of the risk associated with the loans.  Wilson having

failed to demonstrate why specific names are relevant to the issue he has identified, his

application for unredacted communications between New Amsterdam and its investors is

**DENIED.**

**SO ORDERED this 1st day of May 2013**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge

2